## HENRY HARTEAU, RESPONDENT, *v.* THE DEER PARK BLUE STONE COMPANY.

*Injunction — Contempt for violation of — referee — duty of, in proceeding to punish for.*

Where, in a proceeding instituted to punish one G. for contempt, for violating an injunction issued in this case, the order of reference, after reciting that the motion to punish the defendants for contempt came on to be heard, thus proceeds, " it is ordered that this proceeding be and the same is hereby referred to Henry J. Cullen, Esq., a counselor of this court, to take testimony in regard to the same, and report with all due speed to this court his opinion thereon; " *held*, that it was the duty of the referee, under such order, to take proof as to, and to determine the extent of, the loss and injury which the plaintiff had suffered by the violation of the injunction.

APPEAL from an order of the Special Term, convicting A. E. G. of contempt, in violating an injunction, issued in this case, and imposing a fine therefor.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

. Order affirmed, with costs.